David W. Scofield – 4140
**Peters | Scofield**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
E-Mail: dws@psplawyers.com

Adrian Gucovschi (*Pro Hac Vice pending*)
**Gucovschi Law Firm, PLLC**
140 Broadway, FL 46
New York, NY 10005
Telephone: (212) 884-4230
E-Mail: adrian@gr-firm.com

Frank S. Hedin (*Pro Hac Vice pending*)
**Hedin LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131-3302
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

*Attorneys for Plaintiff TANYA PRINCE*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TANYA PRINCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BABA ENTERTAINMENT, LTD.; and BABA GLOBAL, INC.,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR DEFENDANTS TO FILE A REPLY**<br><br>Case No. 2:25-cv-00996-DBB-DAO<br><br>Magistrate Judge Daphne Oberg |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Tanya Prince

("**Plaintiff**") and Defendants Baba Entertainment, LTD., and Baba Global, Inc. (collectively,

**"Defendant"**), hereby jointly stipulate and agree that: (1) Plaintiff shall have up to and including Monday, May 11, 2026, to file her opposition to Defendants' Motion to Compel Arbitration (Dkt. 29) in the above-referenced matter; and (2) Defendants shall have up to and including Wednesday, June 30, 2026, to file their reply in support of their Motion to Compel Arbitration.

A proposed order is attached hereto as Exhibit A.

DATED this 10th day of April 2026.

PETERS | SCOFIELD

*/s/David W. Scofield*
David W. Scofield

*Attorneys for Plaintiff and the Putative Class*

PIA HOYT, LLC

*/s/Joseph G. Pia*
Joseph G. Pia
Ciera A. Kimmerer

*Attorneys for Defendants Baba Entertainment, LTD., and Baba Global, Inc.*