# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TANYA PRINCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BABA ENTERTAINMENT, LTD.; and BABA GLOBAL, INC.,<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR DEFENDANTS TO FILE A REPLY**<br><br>Case No. 2:25-cv-00996-DBB-DAO<br><br>Magistrate Judge Daphne Oberg |

Based upon the Stipulated Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration and for Defendants to File a Reply[1] submitted by the parties in the above-entitled matter, and for good cause appearing, the Court hereby ORDERS that: (1) Plaintiff TANYA PRINCE shall have up to and including Monday, May 11, 2026, to file his opposition to Defendants' Motion to Compel Arbitration[2]; and (2) Defendants Baba Entertainment, LTD., and Baba Global, Inc. shall have up to and including Wednesday, June 30, 2026, to file their reply in support of their Motion to Compel Arbitration in the above-referenced matter.

DATED this _____ day of April 2026.

BY THE COURT:

_____
Daphne Oberg
United States Magistrate  District Judge

---

[1] Dkt. 32.
[2] Dkt. 28.