UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TANYA PRINCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BABA ENTERTAINMENT, LTD.; and BABA GLOBAL, INC.,<br><br>Defendants. | **ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FOR DEFENDANTS TO FILE A REPLY**<br><br>Case No. 2:25-cv-00996-DBB-DAO<br><br>District Judge David Barlow |

Based on the Parties' stipulated motion and with good cause appearing, the court GRANTS the motion[1] and ORDERS that: (1) Plaintiff shall have up to and including Monday, May 11, 2026, to file a opposition to Defendants' Motion to Compel Arbitration ; and (2) Defendants shall have up to and including Wednesday, June 30, 2026, to file their reply in support of their Motion to Compel Arbitration in the above-referenced matter.

Signed April 13, 2026.

BY THE COURT:

David Barlow
United States District Court Judge

---

[1] ECF No. 32.