UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TANYA PRINCE, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BABA ENTERTAINMENT LTD., and BABA GLOBAL, INC.,<br><br>Defendants. | **ORDER GRANTING [ECF NO. 29] DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Case No. 2:25-cv-00996-DBB-DAO<br><br>District Judge David Barlow |

Before the court is Defendants' Motion to Compel Arbitration and Stay Proceedings.[1]

Plaintiff filed a Notice of Non-Opposition.[2] Upon consideration of the briefing and the non-opposition, the court GRANTS the motion.[3] The action is STAYED pending arbitration. The parties are further ORDERED to file a status report with the court every 90 days.

Signed June 4, 2026.

BY THE COURT

David Barlow
United States District Judge

---

[1] Defs.' Corrected Mot. to Compel Arbitration and Stay Proceedings, ECF No. 29, filed March 27, 2026.
[2] Pl.'s Notice of Non-Opp'n to Mot. to Compel Arbitration and to Stay Case, ECF No. 34, filed May 11, 2026.
[3] ECF No. 29.

1